and appellant's brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ MATTHEW ISRAELSON, an Infant, by His Guardian ad Litem, NATHAN ISRAELSON, et al., Respondents, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— Motion to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the General Assignment for the Benefit of Creditors of EDWARD BIBINGER, INC., Assignor, to ALFRED A. ROSENBERG, Assignee-Respondent. MURRAY BLOOM, Appellant; FIRST NATIONAL CITY BANK OF NEW YORK, Respondent.— Motion by respondent Rosenberg to dismiss appeal·denied on condition that appellant be ready to argue or submit the appeal on September 7, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before August 1, 1960. Beldock, Acting P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.

■ In the Matter of CROSS PROPERTIES, INC., Respondent, against JOSEPH J. LENNOX et al., Constituting the Board of Review of the City of Yonkers, Appellants.— Motion to dismiss appeal denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of DUN ROAMIN CORP., Respondent, against EDWARD P. LARKIN et al., Constituting the Town Board of the Town of Hempstead, Appellants.— Motion to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the June 1960 Term, beginning May 23, 1960, for which term the appeal is ordered to be placed on the calendar. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of JAMES GORMLEY, Petitioner, against NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Motion to dispense with the printing of the record and brief denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of WILLIAM LUCAS, Petitioner, against PAUL J. WIDLITZ et al., Respondents.— Motion to dismiss petition as a matter of law, pursuant to section 1293 of the Civil Practice Act, on the ground that it fails to state facts sufficient to entitle petitioner to the relief demanded. Motion granted, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of JAMES R. MCELROY, Petitioner, against WILLIAM J. MCANDREWS et al., Constituting the Board of Police Commissioners of the Village of Hastings-on-Hudson, Respondents.— Motion to dismiss proceeding denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of SAUL G. NATHAN, Individually, and as President, and on Behalf of All of the Members of the Building Department Inspectors Association, Inc., Appellants, against EDWARD S. SILVER, as District Attorney of Kings County, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Accounting of JENNIE NAVASKY, as Administratrix C. T. A. of the Estate of LIZZIE BIRNBAUM, also Known as LIZZIE WILNER, Deceased. BORIS J. FRIEDKISS, Appellant; JENNIE NAVASKY et al., Respondents. — Motion by respondent Navasky to dismiss appeal denied on condition that appellant be ready to argue or submit the appeal at the September 1960 Term,